

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2018

No. 04-18-00812-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Naomi **MARKHAM**, Carrie Markham, And Trevor Markham, Individually and as The Administrator of The Estate of Joslyn Markham, Deceased,,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-01166
Honorable Martha Tanner, Judge Presiding

# O R D E R

The reporter's record was due November 8, 2018. A review of the docketing statement reflects that records were requested from court reporters, Debra Jimenez and Tracy Plummer. On November 7, 2018, Ms. Plummer filed a notification of late record, stating her portion of the record would not be filed because appellant had not paid or made arrangements to pay the reporter's fee to prepare the record and appellant was not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). Thereafter, on November 9, 2018, court reporter, Debra Jimenez, filed the portion of the reporter's record for which she was responsible. Based on these filings, we ordered appellant to provide written proof to this court that: (1) Ms. Plummer's fee had been paid or arrangements satisfactory to Ms. Plummer had been made to pay her fee; or (2) appellant was entitled to the record without prepayment of Ms. Plummer's fee. See TEX. R. APP. P. 35.3(b).

After our order issued, Ms. Plummer filed her portion of the reporter's record for which she was responsible on November 16, 2018. Three days later, we also received a reporter's record from court reporter, Delcine Benavides. Our clerk's office then contacted appellant to confirm whether the reporter's record was complete. On November 26, 2018, appellant filed a letter, stating all records material to this appeal have been filed. In its letter, appellant also requested this matter proceed.

Accordingly, because it now appears the appellate record is complete, we **ORDER** appellant to file its appellant's brief in this court **on or before December 20, 2018.**

We further order the clerk of this court to serve a copy of this order on all counsel.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2018.

_KEITH E. HOTTLE_
KEITH E. HOTTLE,
Clerk of Court